UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW PENNING,

        Plaintiff,

v.

CONSUMER SOLUTIONS GROUP, LLC
and JACQUELYN A. WITMAN, a/k/a
JACQUELYN WITMAN VINCI,

        Defendants.
_____/

Case No. 1:15-cv-383

HON. GORDON J. QUIST

## NOTICE OF SETTLEMENT

This lawsuit has conditionally settled.  Plaintiff intends to file a notice of dismissal no later than June 1, 2015.

Dated: May 18, 2015

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com