UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW PENNING,

        Plaintiff,

v.

CONSUMER SOLUTIONS GROUP, LLC
and JACQUELYN A. WITMAN, a/k/a
JACQUELYN WITMAN VINCI,

        Defendants.
_____/

Case No. 1:15-cv-383

HON. GORDON J. QUIST

NOTICE OF DISMISSAL

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff files this Notice of Dismissal, to dismiss this lawsuit, with prejudice, as to all defendants.

Dated: May 28, 2015

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com